IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| MELINDA DARLENE WASHINGTON, #174 688 | * | |
| Plaintiff, | * | |
| v. | * | 2:11-CV-618-TMH (WO) |
| FRANK ALBRIGHT, | * | |
| Defendant. | * | |

_____

# O R D E R

The Magistrate Judge entered a Recommendation (Doc. #6) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the Court believes that the Recommendation should be adopted. Accordingly, it is

ORDERED that the Recommendation (Doc. #6) of the Magistrate Judge is ADOPTED and this case is DISMISSED with prejudice prior to service of process pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) & (ii).

A separate judgment shall issue.

Done this 16th day of September, 2011.

/s/ Truman M. Hobbs
_____
UNITED STATES DISTRICT JUDGE